In the Matter of the Application of THEODORE DRIVAS, Appellant. FRANK E. JOHNSON, a Justice of the Supreme Court of the STATE OF NEW YORK, Respondent.

Submitted March 8, 1945; decided April 12, 1945.

*Benjamin Reass* and *Julien W. Newman* for petitioner-appellant.

*Aristotle Souval, Michael H. Cardozo, Jr.,* and *Samuel Kaufman* for Nicholas C. Lekas and another, defendants in action.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.